# THE LAW FIRM OF HUGH H. MO, P.C.

225 BROADWAY, 27TH FLOOR
NEW YORK, NEW YORK 10007
TEL (212) 385-1500   FAX (212) 385-1870
hhmo@hhmolaw.com   www.hhmolaw.com

February 27, 2024

**VIA ECF**

Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Qingdao Zhongfu International Logistics Co., Ltd. v. Hop Wo Int'l Trading, Inc., Yat Wo Trading Inc., and Yao Yua Li*, Case No. 24-cv-00739 (DG) (VMS)

Dear Judge Gujarati:

      We are the attorneys for Hop Wo International Trading, Inc., Yat Wo Trading Inc., and Yao Yua Li (T/N: Yaohua Li) ("Defendants") in the above-referenced matter.

      Pursuant to the Court's Individual Practice Rules, Rule I(F), we respectfully request an extension for Defendants' Answer to the Complaint. (Dkt. No. 1.) Specifically, (1) the reason for the request is so that Defendants may investigate Plaintiff's claims relating to the shipment of 127 containers over the course of several months back in 2022; Defendants were served on February 14, 2024 and the original due date for Defendants' Answer is March 6, 2024; (3) there have been no previous requests for an adjournment or extension of time for Defendants to Answer the Complaint; (4) the parties consent to this extension of time; and (5) the proposed extension for Defendants' Answer is Monday, April 8, 2024.

      We thank the Court for its kind consideration.

Respectfully submitted,

Hin Ton Wong